# UNITED STATES DISTRICT COURT

for the
Northern District of Illinois

| | | |
|---|---|---|
| **VICTOR AMBROSIA and BARBARA WEINTRAUB, individually and on behalf of all others similarly situated**<br>*Plaintiff*<br>v.<br>**PHREESIA, INC.**<br>*Defendant* | ) ) ) ) ) ) ) ) ) | Civil Action No. 1:26-cv-12754 |

## DECLARATION OF SERVICE

I, Kimberly Mcmullin, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Phreesia, Inc. in New Castle County, DE on October 21, 2026 at 1:20 pm at 1521 Concord Pike, Ste 201, Wilmington, DE 19803-3645 by leaving the following documents with Rocio Sotelo-Garcia who as Admin at United Agent Group Inc is authorized by appointment or by law to receive service of process for Phreesia, Inc..

SUMMONS IN A CIVIL ACTION
CLASS ACTION COMPLAINT DEMAND FOR JURY TRIAL
CIVIL COVER SHEET
Race: Hispanic or Latino, Sex: Female, Est. Age: 25-34, Hair: Black, Glasses: N, Est. Weight: 100 lbs to 120 lbs, Est. Height: 5' to 5' 3".
Geolocation of Serve: https://google.com/maps?q=39.7790983263,-75.5444609317
Photograph: See Exhibit 1

Total Cost: $131.00

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters

therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

New Castle County,

DE on 10/23/2026.

/s/ Kimberly Mcmullin

Signature
Kimberly Mcmullin
+1 (484) 319-1715




Exhibit 1a)


Exhibit 1b)
Computershare
Corporate Creations Network
SunDoc Filings
United Agent Group
Worldwide Incorporators
SUITE 201