**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

VICTOR AMBROSIA and BARBARA WEINTRAUB, *individually and on behalf of all others similarly situated,*

Plaintiffs,

v.

PHREESIA, INC.,

Defendant.

Civil Action No.: 1:26-CV-12754

Honorable Thomas M. Durkin, J.

Honorable Kerri L. Holleb Hotaling, M.J.

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant Phreesia, Inc. respectfully requests, through this unopposed motion, an order extending the date for Phreesia to file its answer or otherwise plead in response to Plaintiffs Victor Ambrosia and Barbara Weintraub (collectively, "Plaintiffs") Complaint to December 11, 2026. In support of this unopposed motion, Phreesia states as follows:

1. Plaintiffs filed their Complaint on October 18, 2026. Phreesia was served with process on October 21, 2026. Phreesia's deadline to answer or otherwise plead is Wednesday, November 11, 2026.

2. Phreesia recently enlisted counsel, is investigating the claims in the Complaint, and requires additional time to evaluate and properly respond to the Complaint.

3. Consequently, Phreesia seeks a 30-day extension of time up to, and including, December 11, 2026, to answer or otherwise plead in response to the Complaint.

4. This motion is Phreesia's first request for an extension of time to answer or otherwise plead in response to the Complaint.

5. Counsel for Phreesia has communicated with counsel for Plaintiffs, and Plaintiffs' counsel does not oppose Phreesia's request for an extension of time.

6. This request for an extension of time is not being brought to unduly delay adjudication of this matter, will allow for a full and fair determination of the issues in this case, and will not cause any party prejudice.

WHEREFORE, Phreesia respectfully requests that this Court enter an order extending the date for Phreesia to answer or otherwise plead in response to the Complaint up to, and including, December 11, 2026.

Dated: November 9, 2026

Respectfully submitted,

By: /s/ Brendan J. Healey

Brendan J. Healey
Steven L. Baron
BARON HARRIS HEALEY
150 South Wacker Drive, Suite 2400
Chicago, IL 60606
Tel: 312.741.1030
bhealey@bhhlawfirm.com
sbaron@bhhlawfirm.com
*Counsel for Plaintiff Phreesia, Inc.*